WEIST *v.* STATE

5160                                           401 S. W. 2d 565

Opinion delivered April 18, 1966

*Frank Sloan, W. B. Howard* and *Jack Segars,* for appellant.

*Bruce Bennett,* Attorney General, *Fletcher Jackson,* Asst. Atty. General, for appellee.

GEORGE ROSE SMITH, Justice. The appellant was convicted of negligent homicide upon proof that his drunken driving caused a traffic collision in which Don Taylor Gazaway was killed. The jury fixed the penalty at imprisonment for one year and a fine of $500.00.

For reversal the appellant urges a single point, that the trial court erred in permitting the prosecuting attorney, over the objection of defense counsel, to ask the witness Gage if he knew that the accused drank. A complete answer to this contention is simply that the question was never answered; so there could have been no prejudice. *Reynolds* v. *State,* 220 Ark. 188, 246 S. W. 2d 724 (1952).

Affirmed.

AMSLER, J., not participating.